IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID M., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:22-cv-02166-N-BT |
| | § | |
| KILOLO KIJAKAZI, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
|     Defendant. | § | |

**ORDER ACCEPTION FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 11, 2023. (ECF No. 19). No objections were filed. The Court the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 17th day of November, 2023.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE